IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|   |   |
|---|---|
| JOEL RUSCHE, <br>     PLAINTIFF, <br><br> v. <br><br> NATIONAL RECOVERY SERVICES, LLC <br>     DEFENDANT | Case No. 4:14-cv-394 |

## PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, Joel Rusche, by his attorney, states:

1. Plaintiff and Defendant have resolved their differences;

2. Plaintiff desires for his claims against Defendant be dismissed with Prejudice.

3. Plaintiff requests the Court enter an Order dismissing the claims against Defendant., WITH PREJUDICE.

                    Respectfully submitted,

                    /s/ Jeffrey D. Wood
                    Jeffrey D. Wood, Esq.
                    ArkBN: 2006164
                    The Wood Firm, PLLC
                    103 N. Goliad, Suite 204
                    Rockwall, TX  75087
                    TEL:  682-651-7599
                    FAX:  888-598-9022
                    EMAIL:  jeff@mmlaw.pro
                    Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2014, a true and correct copy of this document has been forwarded to all parties and counsel of record via the courts CM/ECF system.

>			/s/ Jeffrey D. Wood
>			Jeffrey D. Wood