IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOEL RUSCHE, <br>     PLAINTIFF, <br> <br> v. <br> <br> NATIONAL RECOVERY SERVICES, LLC <br>     DEFENDANT | Case No. 4:14-cv-394 |

## ORDER DISMISSING CASE WITH PREJUDICE

After considering Plaintiff's Motion to Dismiss With Prejudice, the Court is of the opinion that the following order should be entered:

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that all claims and causes of action asserted by Joel Rusche against National Recovery Services, LLC are dismissed WITH PREJUDICE.

ENTERED this 27th day of MAY, 2014.

_____
United State District Court Judge